**The Law Office of Eli Shmulik, P.C.**
**228 East 45th Street, Ste 600**
**New York, NY 10017**
*Tel.: (212) 381- 4498*
*Fax: (888) 593-0033*
*paralegal@eselgalny.com*
*www.eslegalny.com*

December 10, 2025

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

   Re: Soto v. County of Chester et al
   Case# 1:25-cv-00951-JHR-SLC

Dear Judge Cave:

  Plaintiff respectfully submits this response regarding the Court's Order scheduling a telephonic discovery conference for December 12, 2025.

  Plaintiff's counsel will be out of the country and unavailable from December 12 through December 22, 2025. Accordingly, Plaintiff respectfully requests that the Court adjourn and reschedule the December 12 conference to a date and time convenient for the Court after counsel's return.

  Plaintiff has met and conferred with Defendants' counsel regarding this request, and Defendants consented. Following the meet-and-confer, the parties agree that rescheduling the conference will not prejudice the progress of discovery and will allow for a more productive discussion before the Court. The Defendants' consent to this request, with the understanding their request to Compel Discovery (Filed on 12-9-2025) will be heard by the Plaintiff and the Court on a date the Plaintiff is available. Defense Counsel is available December 22, 23, 29, and 30, 2025.

  This request is made in good faith and not for purposes of delay. Plaintiff thanks the

Very truly yours,

Eli Shmulik, Esq. (ES-8484)

Plaintiff's request at Dkt. No. 35 is GRANTED and the telephonic conference to discuss the parties' discovery dispute on December 12, 2025 is ADJOURNED to **Tuesday, December 30, 2025 at 10:00 a.m. ET.** The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of the Court is respectfully directed to close Dkt. No. 35.

SO ORDERED  12/10/25

SARAH L. CAVE
United States Magistrate Judge