UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAIS SOTO,

                Plaintiff,

   -v-

COUNTY OF CHESTER, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 951 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the Telephonic Conference held today, December 30, 2025, the Court ORDERS as follows:

1. Defendants' request to image Plaintiff's phone is GRANTED to the extent that Defendants' forensic expert may image the phone but may only access: (i) the Drive Safe & Save application on the date and time of the accident, and (ii) location information on the date and time of the accident, and must provide proof of deletion of all other imaged data.

2. The deadline for Defendants to seek to obtain records pursuant to the authorizations provided by Plaintiff on December 29, 2025 is **Monday, February 9, 2026**.

3. The deadline to complete fact depositions is EXTENDED to **Friday, February 27, 2026**;

4. The deadline to complete expert depositions is EXTENDED to **Friday, March 27, 2026**; and

5.  The deadline to file motions for summary judgment is EXTENDED to **Friday, April 24,**

**2026**.

Dated:        New York, New York
              December 30, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**