UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAIS SOTO,

                          Plaintiff,

     -v-

COUNTY OF CHESTER, et al.,

                          Defendants.

CIVIL ACTION NO. 25 Civ. 951 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 30, 2025, the Court granted Defendants' request to image Plaintiff's cell phone to the extent that Defendants' forensic expert could only access: (i) the Drive Safe & Save application on the date and time of the accident, and (ii) location information on the date and time of the accident, and must provide proof of deletion of all other imaged data. (Dkt. No. 38). On February 10, 2026, Defendants requested that the Court hold in abeyance the forensic imaging of Plaintiff's cell phone and order Plaintiff to disable automatic updates to her phone so that the forensic imaging can take place in April 2026. (Dkt. No. 41 (the "Requests")). On February 12, 2026, the Court ordered Plaintiff to respond to the Requests (Dkt. No. 42), but to date, Plaintiff has not responded to the Requests.

Accordingly, the Requests are GRANTED.  The forensic imaging of Plaintiff's cell phone shall be held in abeyance until the forensic download of her phone is possible in April 2026. Plaintiff is further ORDERED to disable automatic updates to her phone.

Dated:      New York, New York
            February 19, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**